FILED

2010 Mar-16  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **VERNA D. GARRETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:10-cv-00250-PWG** |
| | ) | |
| **AT&T, U.S. GOVERNMENT, and,** | ) | |
| **NBC Studios,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OF OPINION

On February 16, 2010 the magistrate judge filed his Findings and Recommendation, recommending that the complaint be dismissed as frivolous.  No objections have been filed pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**.  A final judgment will be entered.

**DONE** and **ORDERED** this _____16th_____ day of March, 2010.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE